IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CANDY WESTPHAL,                                3:15-cv-01904-AC

             Plaintiff,                    ORDER

v.

CAROLYN W. COLVIN,
Commissioner, Social Security
Administration,

             Defendant.

BROWN, Judge.

    Magistrate Judge John V. Acosta issued Findings and
Recommendation (#19) on December 27, 2016, in which he recommends
this Court reverse and remand the Commissioner's decision denying
Plaintiff's application for supplemental security income benefits
and disability insurance benefits for the immediate calculation
and award of benefits.  The matter is now before this Court
pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil
Procedure 72(b).

1  -  ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#19). Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

IT IS SO ORDERED.

DATED this 25 day of January, 2017.

_____
ANNA J. BROWN
United States District Judge

2  -  ORDER