George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
1336 East Burnside Street, Suite 130
Portland, OR 97214
Telephone: 503-236-0068
Facsimile: 503-236-0028
Attorney for Plaintiff Candy Westphal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CANDY WESTPHAL,** | Civil Action No.: 3:15-CV-01904-AC |
| Plaintiff, | ~~PROPOSED~~ ORDER AWARDING ATTORNEY FEES PER 28 USC 406(b) |
| v. | |
| **NANCY BERRYHILL**, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ORDERED pursuant to 42 USC 406(b), an attorney fee in the amount of $14,480.00 is approved to plaintiff. Credit will be taken for $5,774.40 paid as an EAJA fee, so that the net fee due to plaintiff's counsel is $8,705.60.

IT IS SO ORDERED this 12th day of May, 2017:

_____
US ~~DISTRICT COURT~~ JUDGE
Magistrate

Page 1 - ~~PROPOSED~~ ORDER AWARDING ATTORNEY
FEES PER 28 USC 406(b)

George J. Wall
Attorney at Law
1336 E Burnside Street, Ste 130
Portland, OR 97214
Tel: 503-236-0068
Fax: 503-236-0028

Proposed Order submitted on May 11, 2017 by:

_____
George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
1336 East Burnside Street, Suite 130
Portland, OR 97214
Telephone: 503-236-0068
Facsimile: 503-236-0028
Attorney for Plaintiff Candy Westphal

Page 2 - P̶R̶O̶P̶O̶S̶E̶D̶ ORDER AWARDING ATTORNEY FEES PER 28 USC 406(b)

George J. Wall
Attorney at Law
1336 E Burnside Street, Ste 130
Portland, OR 97214
Tel: 503-236-0068
Fax: 503-236-0028