IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CANDY WESTPHAL,                                    3:15-cv-01904-AC

      Plaintiff,                                ORDER

v.

NANCY A. BERRYHILL,[1]
Acting Commissioner, Social
Security Administration,

      Defendant.

BROWN, Judge.

    Magistrate Judge John V. Acosta issued Findings and
Recommendation (#29) on July 14, 2017, in which he recommends
this Court grant Plaintiff's Petition (#25) for Attorney Fees of
$14,480.00 pursuant to 42 U.S.C. 406(b) and, in light of

---

[1]  On January 23, 2017, Nancy A. Berryhill was appointed
Acting Commissioner of Social Security and pursuant to Federal
Rule of Civil Procedure 25(d) is substituted as Defendant in this
action.

1 - ORDER

previously awarded fees of $5,774.40 under the Equal Access to Justice Act (EAJA), award Plaintiff attorneys' fees in the amount of $8,705.60 "from [Plaintiff's] retroactive benefits."[2] The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#29). Accordingly, the Court **GRANTS** Plaintiff's Petition (#25) for Attorney Fees Per 42 U.S.C. 406(b) and **AWARDS**

---

[2] In her Petition Plaintiff requests attorneys' fees pursuant to § 406(b) in the amount of $14,480.00, but she notes counsel has received fees pursuant to EAJA in the amount of $5,774.40. Plaintiff, therefore, stipulates to an award of $8,705.60, which is $14,480.00 in § 406(b) fees less the $5,774.40 in EAJA fees previously received.

Plaintiff attorneys' fees in the amount of **$8,705.60**.

IT IS SO ORDERED.

DATED this 8th day of August, 2017.

_____
ANNA J. BROWN
United States Senior District Judge